IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA GATHERS and ROBERT JAHODA,<br><br>Plaintiffs,<br>vs.<br>NEW YORK & COMPANY, INC.,<br><br>Defendant. | No. 2:16-cv-1375-AJS<br><br>LEAD CASE |
| RACHEL GNIEWKOWSKI, et al,<br><br>Plaintiffs,<br>vs.<br>PARTY CITY HOLDCO INC.,<br><br>Defendant. | No. 2:16-cv-1686-AJS<br><br>MEMBER CASE |

**NOTICE OF SETTLEMENT**

COME NOW Plaintiffs Rachel Gniewkowski, Access Now, Inc. and R. David New, by and through their undersigned counsel, and hereby advises this Honorable Court of the settlement of this action. The parties are finalizing settlement and dismissal documents, and expect to file the dismissal papers within thirty (30) days.

Dated:  March 3, 2017                                 Respectfully Submitted,

*/s/ Benjamin J. Sweet*
Benjamin J. Sweet (PA87338)
Stephanie Goldin (PA202865)
CARLSON LYNCH SWEET &
    KILPELA LLP
1133 Penn Avenue
5th Floor
Pittsburgh, PA 15222
www.carlsonlynch.com
(p)  412 322-9243

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing system on this 3rd day of March, 2017.

*/s/ Benjamin J. Sweet*
